**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| FOYELL D. OWENS, | : | |
| | : | Civ. A. No. 11-6663 (NLH)(AMD) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| AMERICAN HARDWARE MUTUAL INS. CO., et al., | : | |
| | : | |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this ___31st___ day of _December_, 2012

ORDERED that plaintiff's motion for summary judgment [21] is DENIED WITHOUT PREJUDICE.

At Camden, New Jersey

 s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.