# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

FOYELL D. OWENS,     :
                     :
            Plaintiff,    :     Civ. A. No. 11-6663 (NLH)(AMD)
                     :
            v.       :     **ORDER**
                     :
AMERICAN HARDWARE MUTUAL INS. :
CO., et al.,         :
                     :
            Defendants.   :

---

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___30th___ day of ___December___, 2013

ORDERED that plaintiff's motion for summary judgment [36] is DENIED; and it is further

ORDERED that defendants' cross-motion for summary judgment [37] is GRANTED; and it is further

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.


                              ___s/ Noel L. Hillman___
At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.